■ In the Matter of RALPH SIANO et al., Respondents, v CITY OF SARATOGA SPRINGS ZONING BOARD OF APPEALS, Appellant. [835 NYS2d 922]—Appeal from a judgment of the Supreme Court (Nolan, Jr., J.), entered June 20, 2006 in Saratoga County, which granted petitioners' application, in a proceeding pursuant to CPLR article 78, to annul a determination of respondent denying petitioners' request for a use variance.

Judgment affirmed, upon the opinion of Justice Thomas E. Nolan, Jr.

Crew III, J.P., Spain, Mugglin, Lahtinen and Kane, JJ., concur. Ordered that the judgment is affirmed, with costs.